PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Raheen Tate            **Docket Number:** 06-00902-001
           **PACTS Number:** 47461

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
           SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/02/2007

**Original Offense:** UNLAWFUL TRANSPORT OF FIREARMS

**Original Sentence:** 57 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release        **Date Supervision Commenced:** 03/17/10

**Assistant U.S. Attorney:** Kathleen O'Leary, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Linda Foster, 972 Broad St 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

## Violation Number Nature of Noncompliance

1            The offender has violated the standard supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month."**

           a.) The offender has failed to report to the probation office on May 24, 2011, June 7, 2011, July 5, 2011 an anytime thereafter.

           b.) The offender has failed to submit monthly supervision reports since January 2011.

2     The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The offender reverted to drug use as evidenced by a urine specimen submitted on May 23, 2011 which tested positive for marijuana abuse. The offender subsequently admitted that he abused marijuana the week prior to the drug test.

3     The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'

On September 15, 2011, the offender was arrested by the Jersey City Police and charged with two counts of simple assault as a result of a domestic dispute.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 9/22/11

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

27 September 2011
Date